BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRANJIT KAUR, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BIGGS, et al., <br><br> Defendants. | Case No.: 2:16-cv-297 MCE EFB <br><br> **Joint Stipulation and Order re: Remand Pursuant to 8 U.S.C. § 1447(b)** |

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on her application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to United States Citizenship and Immigration Services with instructions to adjudicate the matter within 30 days of the order of remand.

Dated: March 31, 2016          Respectfully submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Audrey B. Hemesath
                               AUDREY B. HEMESATH
                               Assistant U.S. Attorney

1

DATED: March 31, 2016    Respectfully submitted,
/s/ Sarah Castello
Sarah Castello
Law Office of Robert B. Jobe
Attorney for the Plaintiff

## ORDER

In accordance with the foregoing stipulation and pursuant to 8 U.S.C. § 1447(b), United States Citizenship and Immigration Services is directed to adjudicate the subject naturalization application within 30 days.

IT IS SO ORDERED.

Dated:  April 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT